IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AIRTECH INTERNATIONAL CORPORATION, | § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO. |
| HONEYWELL, INC. AND HONEYWELL ENVIRONMENTAL AIR CONTROL, INC., | § § § § | 396-CV-1885-D |
| Defendants. | § § | |

## AGREED ORDER

The Court having been informed that Defendant has requested Plaintiff to amend its complaint, it is

ORDERED, ADJUDGED and DECREED that Plaintiff is hereby granted leave to file an amended complaint in this action on or before Friday, August 16, 1996, it is further

ORDERED, ADJUDGED and DECREED that Defendants shall file their initial responsive pleading within 10 days thereafter.

IT IS SO ORDERED this __14th__ day of __August__, 1996.

_____
United States District Judge

**AGREED ORDER - Page 1**

ENTERED ON DOCKET
AUG 16 1996 PURSUANT
TO F. R. C. P. RULES
58 AND 79a

**AGREED:**

JACKSON & WALKER, L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6000
(214) 953-5822 (Telecopier)

By: *[signature]*
Gerald C. Conley
State Bar No. 04664200

ATTORNEYS FOR PLAINTIFF
AIRTECH INTERNATIONAL CORPORATION


ROBERTS & SMABY, P.C.
1717 Main Street
Suite 4050, LB 39
Dallas, Texas 75201
(214) 761-2165
(214) 761-0139 (Telecopier)

By: *[signature]* /by Gerald Conley
Jonathan E. Smaby         with permission
State Bar No. 18514560

ATTORNEYS FOR DEFENDANTS
HONEYWELL, INC. and HONEYWELL
ENVIRONMENTAL AIR CONTROL, INC.

498703/D

**AGREED ORDER** - Page 2