IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED
MAR 5 1998
NANCY DOHERTY, CLERK
By_____
Deputy

SPECIAL ORDER NO. 3-157   3:96 CV 1885-D

It is hereby ORDERED that the cases preliminarily assigned to John B. Tolle listed below are to be reassigned to the following magistrate judges for disposition of all pending referred motions, referral of future motions, and assignment for trial by consent:

    (a)    To Magistrate Judge William F. Sanderson

ENTERED ON DOCKET
MAR 06 1998    PURSUANT
TO F.R.C.P. RULES
58 AND 79a

1)   3:89-CR-0293-H
     USA v. Wood

2)   3:94-CV-0912-G
     Stonehenge/FASA-TX, et al. v. Miller

3)   3:95-CV-2754-R
     Ayers, et al. v. Oil Chemical & Atomic Workers Int'l Union, AFL-CIO

4)   3:96-CV-0666-D
     Jim Sowell Construction Co., Inc., et al. v. City of Coppell, et al.

5)   3:96-CV-1885-D
     Airtech Int'l Corp., et al. v. Honeywell, Inc., et al.

6)   3:96-CV-2151-R
     Prompt Finance, Inc. v. Titan Indemnity Co.

7)   3:96-CV-2881-R
     Newton v. Southern Methodist University

8)   3:97-CV-0113-P
     Brown, et al. v. Manning, et al.

9)   3:97-CV-0559-R
     Ruiz v. Dallas Area Rapid Transit

10)   3:97-CV-1098-G
     Garza, et al. v. City of Ennis, et al.

84

11) 3:97-CV-1612-G
Spirits Marque One, Inc., et al. v. V&S Vin & Sprit Aktiebolag

12) 3:97-CV-2019-G
Jeffery v. Dallas County Medical Examiner

13) 3:97-CV-2160-R
Centerstone Management Corp. v. Enviro-Check, Inc.

14) 3:97-CV-2475-P
Thomas v. Sawyer, et al.

15) 3:97-CV-2555-G
Stonehenge/FASA-TX v. Pilgrim's Pride Corp., et al.

16) 3:97-CV-3084-P
Rogers, et al. v. All American Life Insurance Co., et al.

17) 3:98-CV-0316-R
Massey v. Dallas Hotel Associates

18) 3:97-MC-0063-P
Hilton Hotels Corp., et al. v. ITT Corp.

19) 3:98-MC-0006-T
Just Wood Industries, Inc. v. Centex Construction Co., Inc.

(b) To Magistrate Judge Jane J. Boyle

1) 3:87-CR-0139-D
USA v. Medrano

2) 3:96-CV-0549-G
Stone v. AmWest Savings Assoc.

3) 3:96-CV-0905-G
Western Alliance Ins. Co. v. Northern Insurance Co. of New York

4) 3:96-CV-1959-X
Dippin Dots, Inc., et al. v. Mosey, et al.

5) 3:96-CV-2467-G
Cannon v. Lennox Industries

6)     3:96-CV-2848-H
   Chime, et al. v. PNC Bank, et al.

7)     3:96-CV-2897-D
   Gros, et al. v. City of Grand Prairie, et al.

8)     3:96-CV-3464-R
   Bernal v. Randall's Food & Drugs, Inc., et al.

9)     3:97-CV-0314-R
   Investor Collection Services v. Thomas

10)     3:97-CV-0845-R
    Jones v. University of Texas at Arlington

11)     3:97-CV-1159-R
    Byers v. Dallas Morning News

12)     3:97-CV-1883-R
    Tri-City Health Centre, Inc. v. City of Dallas, et al.

13)     3:97-CV-2080-R
    Reed v. Mary Kay, Inc., et al.

14)     3:97-CV-2291-R
    Slaydon v. City of Kaufman, et al.

15)     3:97-CV-2303-R
    MEC Technology v. McDowell & Co., et al.

16)     3:97-CV-2501-H
    Sarasota, Inc. v. FDIC

17)     3:97-CV-2665-R
    Carraway v. Metropolitan Life Insurance Co.

18)     3:97-MC-0034-H
    Stephenson v. US Postal Inspection Service

19)     3:97-MC-0089-H
    Maiz v. Virani

20)     3:98-MC-0003-G
    Allied Sales & Services Co., Inc. v. Global Industrial Technologies, Inc., et al.

(c)  To Magistrate Judge Jeff Kaplan

  1) 3:89-CV-3085-R
     Burchfield v. Bowen

  2) 3:93-CV-2522-D
     Datapoint Corp. v. Compression Labs, Inc.

  3) 3:96-CV-0560-P
     FDIC v. White, et al.

  4) 3:96-CV-1134-D
     Kleppinger v. Associates Financial Services, et al.

  5) 3:96-CV-2072-D
     Stewart v. Adams, et al.

  6) 3:96-CV-2870-R
     Schepps v. Schepps, et al.

  7) 3:96-CV-3290-P
     Uniplast, Inc. v. FPC Corp.

  8) 3:96-MC-0025-G
     Beals, et al. v. SICPA Securink Corp.

  9) 3:97-CV-0330-D
     Morehouse v. US Department of Justice, et al.

  10) 3:97-CV-0866-R
      Summers v. F.L. Smithe Machine Co., Inc.

  11) 3:97-CV-1287-R
      Jandura v. Interphase Corp.

  12) 3:97-CV-1970-G
      IBEW-NECA Southwestern Health & Benefit
      Fund, et al. v. Madera Electric, Inc.

  13) 3:97-CV-2142-D
      Hunt v. Hertz Corp.

  14) 3:97-CV-2338-R
      Mitchell v. City of Dallas, et al.

15) 3:97-CV-2544-R
Nationwide Mutual Insurance Co. v. Deleon, et al.

16) 3:97-CV-2669-P
Lewis v. Rubin

17) 3:97-MC-0058-R
Sheet Metal Workers Nat'l Pension Fund v. Nix

18) 3:97-MC-0116-X
Newton v. McNeil-PPC, Inc., et al.

19) 3:98-MC-0005-H
Citrix Systems, Inc. v. Turnaround Computing, Inc.

ENTERED:   MARCH 5, 1998

JERRY BUCHMEYER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS